**McNeil & Higgins Company, appellee, v. Corbin Flour Company, appellant.** Gen. No. 28,166.

Action for breach of warranty of quality in sale of barrels of flour.

Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 31, 1923. Rehearing denied and opinion modified June 11, 1923.

George E. Sankstone, for appellant; George F. Ort, of counsel. Charles Hudson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.